# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dale Hall, | ) | Case No. 4:07-cr-108 |
| Defendant. | ) | |

_____

On April 25, 2005, the court convened a hearing on a petition for action on the Defendant's conditions of pretrial release. AUSA Rick Volk appeared on the Government's behalf. Assistant Federal Public Defender Orell Schmitz appeared on the Defendant's behalf.

The Defendant admitted in open court to committing the violations of pretrial release alleged in the petition. For the reasons articulated at the close of the hearing, the finds the Defendant's admissions sufficient to revoke his conditions of pretrial release and order him detained pending final disposition of this matter.

Accordingly, the court **ORDERS** that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 25th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court